for an additional medical examination." Mr. Waddell asserts that the action "was prejudicial to the Claimant Appellant as a matter of law." [1]

Mr. Waddell's argument on this point does not include a challenge to the validity or interpretation of any statute or regulation, nor does he challenge the Veterans Court's decision on a rule of law. Instead, his argument is simply that it was improper for the agency physician to seek clarification of the examining physician's opinion, at least in the manner in which that was done in this case. That argument, however, calls for this court to make factual determinations or to apply law to the particular facts of this case, neither of which is within this court's jurisdiction on appeal from decisions of the Veterans Court. *See* 38 U.S.C. § 7292(a), (d)(2). Mr. Waddell's characterization of his argument as claiming prejudice "as a matter of law" does not avoid this limitation on our jurisdiction; it merely constitutes a claim that under the facts of this case, an adjudicator should find that he was prejudiced. Because we lack jurisdiction to decide that issue, we dismiss that portion of his appeal as well.

**HENRY–GRIFFITTS, INC.,**
**Plaintiff–Appellant,**

v.

**ACUSHNET COMPANY (doing business as Titleist Golf),**
**Defendant,**

and

**Roger Cleveland Golf Company, Inc., Defendant–Appellee,**

and

**Taylor Made Golf Company, Defendant–Appellee.**

**No. 06–1278.**

United States Court of Appeals, Federal Circuit.

Nov. 7, 2006.

Before LOURIE, RADER, and SCHALL, Circuit Judges.

---

1. In his reply brief, Mr. Waddell makes new arguments under *SEC v. Chenery Corp.*, 318 U.S. 80, 63 S.Ct. 454, 87 L.Ed. 626 (1943), regarding the request for clarification, but arguments made for the first time in a reply brief are not properly before the court, and we therefore do not address them. *See No-* *vosteel SA v. United States*, 284 F.3d 1261, 1274 (Fed.Cir.2002). And we find in the reply brief no persuasive arguments based on our opinion in *Mayfield v. Nicholson*, 444 F.3d 1328 (Fed.Cir.2006), which we granted Mr. Waddell permission to address in that brief.

*JUDGMENT*

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

*AFFIRMED. See* Fed. Cir. R. 36.

**Faye ZHENGXING, Plaintiff–
Appellant,**

v.

**UNITED STATES, Defendant–Appellee.**

No. 2006–5098.

United States Court of Appeals,
Federal Circuit.

Nov. 8, 2006.

Rehearing Denied Dec. 18, 2006.

Faye Zhengxing, New York, NY, pro se.

Andrew P. Averbach, David M. Cohen, Deborah A. Bynum, Department of Jus-